■ JAMES MYERS, Appellant, v CLIFFORD BROWN, Defendant, and RESCUE MISSION ALLIANCE, INC., Respondent.—Order unanimously affirmed without costs. Memorandum: Supreme Court properly granted defendant's motion to dismiss plaintiff's complaint against defendant Rescue Mission Alliance, Inc. Plaintiff voluntarily and knowingly signed a release holding the Mission free and harmless from any and all liability for personal injury. The release was clear and not contrary to public policy (see, Gross v Sweet, 49 NY2d 102; Ciofalo v Tanney Gyms, 10 NY2d 294). (Appeal from Order of Supreme Court, Onondaga County, Mordue, J.—Summary Judgment.) Present—Callahan, A. P. J., Denman, Green, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN EICHOLZER, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Monroe County, Mark, J.—Criminal Possession Controlled Substance, 2nd Degree.) Present—Doerr, J. P., Boomer, Pine, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD FORD, Appellant.—Appeal unanimously dismissed. Memorandum: In exchange for a negotiated sentence of imprisonment for 3-½ to 7 years, defendant entered a guilty plea and waived his right to appeal. The record of the plea colloquy demonstrates that the waiver was voluntary, knowing and intelligent. Accordingly, defendant's appeal is dismissed (see, People v Seaberg, 74 NY2d 1; People v Derby, 168 AD2d 969, lv denied 77 NY2d 905; People v Johnson, 166 AD2d 899, lv denied 77 NY2d 840). (Appeal from Judgment of Erie County Court, Drury, J.—Attempted Criminal Sale Controlled Substance, 3rd Degree.) Present—Doerr, J. P., Boomer, Pine, Balio and Lawton, JJ.